AO91 (Rev. 12/03) Criminal Complaint **FELONY** AUSA



United States District Court
Southern District of Texas
FILED

MAY - 5 2019

# UNITED STATES DISTRICT COURT

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Norman Anael ZELAYA-Sanchez<br>A098 119 519 Honduras<br>AKA Norman Anael CELAYA-Sanchez | Case Number: B-19- **MJ-549** |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 03, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on May 03, 2019. The defendant is a citizen and national of Honduras who was previously deported, excluded or removed from the United States on 06/07/2013. The defendant was convicted of Assault Second Degree on July 08, 2010. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had 1,120 Mexican Pesos and 30 Quetzales in his possession at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

Quintanilla, Adalberto   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested

May 05, 2019    at    Brownsville, Texas
Date                    City/State

Ronald G. Morgan       U.S. Magistrate Judge
Name of Judge          Title of Judge           Signature of Judge